## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IMAN GREENE, PAUL YOUNG, JR.** | * | **CIVIL ACTION NO:** |
| **AND CORNELIA MADISON** | * | |
| | * | |
| **VERSUS** | * | **EASTERN DISTRICT JUDGE:** |
| | * | |
| **ACE AMERICAN INSURANCE COMPANY** | * | |
| **AND THE HERTZ CORPORATION** | * | **MAGISTRATE:** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### <u>NOTICE OF REMOVAL</u>

**NOW INTO COURT,** through undersigned counsel, comes defendants, **ACE AMERICAN INSURANCE COMPANY (ACE) AND THE HERTZ CORPORATION (HERTZ)** whom represent as follows:

### BACKGROUND INFORMATION

1.

Ace American Insurance Company was named as a defendant in the proceeding entitled, "Iman Greene, Paul Young, Jr. and Cornelia Madison  v. Ace American Insurance Company", Action No.2019-07650, in the Civil District Court for the Parish of Orleans, State of Louisiana, which was filed on July 30, 2019. (Ex.  A).   Ace was served with the Petition on 08/09/19. (Ex. B) An Amended Petition was filed on 10/01/19  naming The Hertz Corporation as a defendant. (Ex. C). Hertz was served on 10/28/19 (Ex. D). Neither the Original Petition or First Supplemental and Amended Petition states the amount in controversy or whether the amount in controversy is in excess of the $50,000 amount necessary for a trial by jury.

2.

On 01/22/20, Ace and Hertz sent discovery requests to plaintiff including requests for admissions as to the value of the case. (Ex. H).   Ace and Hertz received responses to its discovery requests on 02/20/20 and 02/21/20. (Ex. I,, J, K).  Ace and Hertz have not received a response to the request for admissions.

3.

On 10/21/19, Ace filed an Answer, Affirmative Defenses and Request for Trial by Jury.  (Ex. E).  On 01/22/20, Ace and Hertz filed an answer to the First Supplemental and Amending Petition. (Ex. F, G)

## AMOUNT IN CONTROVERSY

4.

Silent in the Petition for Damages is a statement whether or not the amount in controversy exceeds or is less than the amounts required for a trial by jury or for federal diversity jurisdiction.

5.

On 02/20/20 and 02/21/20, Ace and Hertz Brown received formal responses to their Interrogatories and Request to Produce dated 02/14/20. (Ex. I, J, K) .

6.

Based  on the discovery responses, defendants have identified the following:

1.     Iman Greene–Greene is alleging cervical and lumbar disc issues including a bulge/ herniation at L5-S1.  She has had multiple cervical and lumbar steroid injections.  She has also been recommended a cervical arthroplasty.  Her current medical specials are approximately $36,344.15.

2.      Paul Young–Young is alleging cervical and lumbar disc injuries including a bugle/herniation at C5-6 and L5-1.  He has been recommended an L5-S1 artificial disc replacement.  His current medical specials are approximately $30,631.40.

3.      Cornellia Madison–Madison is claiming cervical disc injury at C5-6.  She has been recommended an anterior cervical disectomy and cervical arthroplasty at C5-6.  Her current medical specials are approximately $25,449.92.

7.

Based upon the discovery responses and the medical records received by defendants, it is believed that the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

8.

It is noted that the use of extrinsic evidence to determine the relevant amount in controversy is proper when the petition is unclear to the amount of damages sought.  *See Allen v. R&H Oil & Gas Co.,* 63 F. 3d 1326, 1336 (5th Cir. 1995).

## DIVERSITY OF CITIZENSHIP

9.

Iman Greene is alleged to be a citizen of the State of Louisiana.  She is domiciled in Orleans Parish.  Paul Young, Jr. is alleged to be a citizen of the State of Louisiana.  He is domiciled in Orleans Parish.  Cornelia Madison is alleged to be a citizen of the State of Louisiana.  She is domiciled in Orleans Parish.

10.

The Hertz Corporation  is a Delaware corporation with its principal place of business in Estro, Florida.

11.

Ace American Insurance Company is a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania..

12.

Therefore, there is complete diversity between all plaintiffs and defendants.

## REMOVAL IS TIMELY FILED

13.

The removal has been timely filed within thirty (30) days of the removing defendant receiving notice that the amount in controversy exceeds this Court's jurisdiction threshold (02/20/20) and within one (1) year after the commencement of the action (10/01/19), as allowed by 28 U.S.C.

## CONCLUSIONS AND PRAYER FOR RELIEF

14.

Because there exists total diversity of citizenship between plaintiffs and defendants and the amount in good faith controversy herein exceeds $75,000.00, exclusive of interest and costs, this Court accordingly has original jurisdiction in this matter pursuant to the provisions of 28 U.S.C. §1332.

15.

This matter has been properly removed to this court pursuant to 28 U.S.C §§ 1441 and 1446.

16.

Ace and Hertz further aver that it shall give written notice of this filing to the original plaintiff and shall file a copy of this Notice of Removal with the Clerk for the Civil District Court for the Parish of Orleans, State of Louisiana  in furtherance of the prayer herein that no further

proceedings shall occur in state Court and that this matter shall henceforth proceed forward only in this Honorable Court.

17.

Under Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that they have read the foregoing Notice of Removal, that to the best of their knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and that it is not intended for any improper purpose.

Respectfully submitted,

**BERNARD, CASSISA, ELLIOTT & DAVIS**
A Professional Law Corporation

BY:   *s/Howard B. Kaplan*
　　　**STEPHEN N. ELLIOTT (#5326)**
　　　**HOWARD B. KAPLAN (#14414)**
　　　3838 N. Causeway Blvd., Suite 3050
　　　Metairie, Louisiana 70002
　　　Telephone:   (504) 834-2612
　　　Facsimile:   (504) 838-9438
　　　Email:       hkaplan@bcedlaw.com
　　　**COUNSEL FOR:**
　　　**ACE AMERICAN INSURANCE COMPANY**
　　　**AND THE HERTZ CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 5th day of March, 2020.

*s/Howard B. Kaplan*
**HOWARD B. KAPLAN (#14414)**